IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Milton A | Case Number: 07 B 15605 |
| | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 22, 2008
Confirmed: October 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 720.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 678.48 |
| Trustee Fee: | | 41.52 |
| Other Funds: | | 0.00 |
| Totals: | 720.00 | 720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,706.33 | 678.48 |
| 2. | Internal Revenue Service | Priority | 1,000.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 33.38 | 0.00 |
| 4. | Edfinancial Services | Unsecured | 551.17 | 0.00 |
| 5. | Edfinancial Services | Unsecured | 683.39 | 0.00 |
| 6. | Edfinancial Services | Unsecured | 308.43 | 0.00 |
| 7. | Edfinancial Services | Unsecured | 305.30 | 0.00 |
| 8. | Edfinancial Services | Unsecured | 294.38 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 601.76 | 0.00 |
| 10. | Merrick Bank | Unsecured | 78.95 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 1,864.58 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 310.42 | 0.00 |
| 13. | Edfinancial Services | Unsecured | 377.80 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 91.10 | 0.00 |
| 15. | Illinois Student Assistance Commission | Unsecured | 2,618.40 | 0.00 |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Cash LLC | Unsecured | | No Claim Filed |
| 18. | University Fidelity Corp | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | First Premier | Unsecured | | No Claim Filed |
| 21. | Robert Morris College | Unsecured | | No Claim Filed |
| 22. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 23. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 11,825.39 | $ 678.48 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Milton A | Case Number: 07 B 15605 |
| | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 8/28/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.92 |
| 6.5% | 15.60 |
| | $ 41.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

